# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0221**
T.D.L. v. State of Alabama (Appeal from Calhoun Circuit Court: CC-19-3311, CC-19-3312, and CC-19-3313)

# <u>NOTICE</u>

You are hereby notified that on April 4, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk